**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **Case No.: 6:26-bk-06978-GER**
**Jason Jerome Allison,** **Chapter 13**

**Debtor.**
_____________________________/

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

COMES NOW the Debtor, Jason Jerome Allison, by and through their undersigned counsel, and hereby give notice to all parties and to the court that they have a new mailing address, which is 6144 Jasmine Vine Dr, Port Orange, FL 32128, and ask the Clerk to replace the same on the matrix so the Debtors are properly noticed going forward.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically via the court's CM/ECF System to all parties who receive electronic notices for this case, on this 19th day of October 2026.

/s/ Kelley M. Petry, Esq.________________

Kelley M. Petry, Esq.
Fl Bar No 0388180
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, FL 33606
(813) 807-3449
KPetry@RobertGellerLaw.com
Attorney for Debtors